UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAYLIN E. JOHNSON,

    Plaintiff,

v.

GENESEE COUNTY JAIL et al.,

    Defendants.
_____/

Civil Action No.
23-cv-10182

HON. MARK A. GOLDSMITH

**ORDER
ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF
THE MAGISTRATE JUDGE DATED AUGUST 9, 2024 (Dkt 28)
AND GRANTING DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT (Dkt. 24)**

This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge Kimberly G. Altman issued on August 9, 2024 (Dkt. 28) In the R&R, the Magistrate Judge recommends that the Defendants' motion for summary judgment (Dkt. 24) be granted. The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The Court has reviewed the R&R and concludes that the Magistrate Judge has reached the proper conclusion for the proper reasons. Therefore, the R&R is accepted and adopted as the findings and conclusions of the Court. Accordingly, the Court grants Defendants' motion for summary judgment (Dkt. 24).

SO ORDERED.

Dated: October 15, 2024
    Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge